# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2024

## NO. 03-23-00786-CV

**Sarah Kuhl, Appellant**

**v.**

**Rettie Leibowitz, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on November 6, 2023. Having reviewed the record, the Court holds that Sarah Kuhl has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.